**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| INFINITY INSURANCE COMPANIES, : <br> f/k/a REGAL INSURANCE COMPANY, : <br>  : <br> Plaintiff : <br>  : <br> v.  : <br>  : <br> LYNDA COPELAND, et. al.   : <br>  : <br> Defendants : <br>  : | 1:05-CV-64 (WLS) |

## **ORDER**

Before the Court is Plaintiff's Motion for Permission to Interplead Funds (Doc. 24) and Plaintiff's Motion to Terminate Stay. (Doc. 26). Both motions are unopposed. *See* Docket. For good cause shown, Plaintiff's Motion for Permission to Interplead Funds (Doc. 24) is **GRANTED**.

Furthermore, pursuant to the Court's April 17, 2006 Order (Doc. 25), Defendant Atlanta Medical Center was served and has been afforded the opportunity to respond to Defendant Blue Cross Blue Shield's Motion for Summary Judgment. (Doc. 26, Exh. 1). Having determined that all accounts pertinent to the subject interpleader action have been paid in full, Defendant Atlanta Medical Center elected not to file an answer in this case and affirmatively waived any and all claims to the subject funds. *Id*. As a result, the stay imposed is no longer necessary. Plaintiff's Motion to Terminate Stay (Doc. 26) is therefore **GRANTED**.

**SO ORDERED**, this   26th   day of June, 2006.

   /s/W. Louis Sands   
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**